UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ERNEST MANNS, Jr.,

    Plaintiff,

                                    Case No. 1:07-cv-383

v.

                                    Hon. Wendell A. Miles

BARBARA SAMPSON, et al.,

    Defendants.

_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On September 13, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Plaintiff's complaint be dismissed for failure to state a claim.  No objections were filed to the R & R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.

      THEREFORE IT IS ORDERED that:

      1.    The Report and Recommendation of the Magistrate Judge (Docket No. 8) is approved and adopted as the opinion of the Court.

2.	Plaintiff's complaint is dismissed for failure to state a claim.  The dismissal of this action will count as a strike for purposes of 28 U.S.C. § 1915(g).

3.	The court can discern no good-faith basis for an appeal.  Accordingly, an appeal of this action would not be taken in good faith.


Dated: October 19, 2007                                         /s/ Wendell A. Miles
                                                                    Wendell A. Miles
                                                                    Senior U.S. District Judge